UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALY PHOTHISANE, | Case No. 2:18-cv-02388-TLN-DMC |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. | |
| COSTCO WHOLESALE CORPORATION, and DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |
| | Complaint Filed: August 30, 2018 |

The Court, having read and considered the Stipulation for Entry of Dismissal of Action With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) ("Stipulation") filed by Plaintiff Naly Phothisane and Defendant Costco Wholesale Corporation, and for good cause appearing, hereby approved the Stipulation and orders as follows:

**IT IS SO ORDERED**

Dated: November 1, 2018

_____
The Hon. Troy L. Nunley
United States District Judge

ORDER GRANTING STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE
51725132v.1